IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.       CASE NO. 5:13-CR-50055-1 | |
| LUIS MIGUEL OSORIO-ALVARADO | DEFENDANT |

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 28) filed in this case on December 19, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's pro se "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Doc. 21) is **DENIED**. Further, Defendant's Request for an Evidentiary Hearing (Doc. 27) is **DENIED**.

**IT IS SO ORDERED** on this 26th day of January, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE